UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOURIER ROSS,

     Plaintiff,

vs                                        Case No.:   11-10787
                                               Honorable Victoria A. Roberts

OAKLAND UNIVERSITY,

     Defendant,

_____/

**ORDER**

     Before the Court is Defendant Oakland University's Motion for Summary

Judgment (Doc. #21).

     The Court denies this motion; there are material questions of fact for a jury to

decide.  These questions of fact include but are not limited to:

          Whether Plaintiff's position was correctly described and classified,

what his job duties were; whether he qualified for a higher salary, whether

the Mercer report was used to treat Plaintiff differently from similarly

situated Caucasians; and, whether Defendant's articulated reasons for the

actions taken with respect to Plaintiff, are pretextual.

     Defendant's Motion is **DENIED**.

**IT IS ORDERED**.

                          /s/ Victoria A. Roberts_____
                          Victoria A. Roberts
                          United States District Judge

Dated:  May 21, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 21, 2012.

S/Linda Vertriest
Deputy Clerk